IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/13/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GENESIS PRODUCING COMPANY, LP | § | Case No: 13-34374-H4-11 |
| | § | (Chapter 11) |
| *Debtor.* | § | |
| | § | |
| GENESIS PRODUCING COMPANY, LP | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS | § | |
| | § | ADVERSARY NO. 13-03177 |
| SMITH BIG OIL CORPORATION, | § | |
| TODD M. SMITH, J. MORGAN SMITH, | § | |
| PHILIP N. BELL and JAMES A. | § | |
| WHITSON | § | |
| | § | |
| *Defendants* | § | |

**ORDER OF DISMISSAL**
(Relates to Dkt ## 1 & 15)

On September 6, 2013, Debtor Genesis Producing Company, L.P.'s ("Debtor") Emergency Complaint, Request for Temporary Restraining Order, and Request for Order Directing the Deposit of Funds into the Registry of the Bankruptcy Clerk (Dkt. #1) came on for hearing. In response to the Debtor's Complaint, Smith Big Oil, Inc. and Todd M. Smith (collectively "SBO") filed their Amended Response and Objection to Debtor Genesis Producing Company, L.P.'s Emergency (i) Request for Temporary Restraining Order, and (ii) Request for Order Directing the Deposit of Funds into the Registry of the Bankruptcy Court (Dkt #15). In their response, SBO asserted that the Debtor's Complaint should be dismissed under principles of collateral estoppel, *res judicata*, and discretionary abstention, as well as the *Rooker-Feldman*

ORDER OF DISMISSAL                                                                                             PAGE 1

Doctrine, because the Debtor had previously filed, prosecuted and lost a lawsuit against SBO involving the same claims, issues and operative facts in *Genesis Producing Company, L.P. v. Smith Big Oil Corporation, Todd M. Smith, and James A. Whitson, Jr.*, Cause No. 2012- 30652 in the 152nd District Court of Harris County, Texas ("the state court lawsuit"). The Court agrees with SBO. The Court finds and concludes that (i) the Debtor's attempted non-suit of the state court lawsuit was ineffective because the Debtor filed its non-suit after the state court had announced its ruling to the parties on the parties' competing summary judgment motions dismissing the Debtor's claims, (ii) the Debtor's Complaint here should be dismissed under the principle of collateral estoppel, and (iii) even if collateral estoppel does not require dismissal of Debtor's Complaint, the Debtor's Complaint should be dismissed under the principle of discretionary abstention. With no further notice being required, it is accordingly:

**ORDERED THAT:**

The Debtor's Complaint and this proceeding are dismissed with prejudice, but without prejudice to the Debtor pursuing its claims in the state court lawsuit.

Dated: September 13, 2013.

THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

APPROVED:

/s/ Tom Kirkendall
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
281.364.9946
888.582.0646 (fax)
bigtkirk@kir.com

OF COUNSEL:

Dick Watt
State Bar No. 20977700
Hannah Sibiski
State Bar No. 24041373
**WATT BECKWORTH THOMPSON HENNEMAN & SULLIVAN LLP**
711 Louisiana Street, 18th Floor
Houston, Texas 77002
713.650.8100
713.650.8141 (fax)

CO-COUNSEL FOR SMITH BIG OIL CORPORATION
AND TODD M. SMITH, DEFENDANTS


/s/ David M. Coover, Jr.
David M. Coover, Jr.
State Bar No. 0492200
**COOVER & COOVER**
921 N. Chaparral Street, Ste. 102
Corpus Christi, Texas 78401
(361) 882-2100
(361) 882-9542 (fax)

COUNSEL FOR PHILIP BELL, DEFENDANT

**DID NOT APPROVE AS TO FORM:**

Margaret Maxwell McClure
State Bar No. 00787997
Law Office of Margaret Maxwell McClure
909 Fannin, Suite 3810
Houston, Texas 77010
713.659.1333
713.658.0334 (fax)
Margaret@mmmcclurelaw.com

**OF COUNSEL:**

Jeffrey J. Tompkins
State Bar No. 20125500
1413 Brittmoore Road
Houston, Texas 77043
713.787.5333
713.787.5334 (fax)

Christopher D. Nunnallee
State Bar No. 24025568
1413 Brittmoore Road, Suite 108
Houston, Texas 77043-4005
713.787.5333
713.787.5334 (fax)

**CO-COUNSEL FOR GENESIS PRODUCING LP, DEBTOR/PLAINTIFF**